# Third District Court of Appeal

## State of Florida

Opinion filed October 6, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-342
Lower Tribunal No. 15-1547 SP
_____

**Hochman Family Chiropractic, Inc., a/a/o John Engelhart,**
Appellant,

vs.

**Allstate Fire & Casualty Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Milena Abreu, Judge.

Law Office of Chad A. Barr, P.A., and Chad A. Barr (Altamonte Springs), for appellant.

Shutts & Bowen LLP, and Daniel E. Nordby, and Jason Gonzalez (Tallahassee), and Garrett A. Tozier (Tampa), for appellee.

Before FERNANDEZ, C.J., and LOGUE and GORDO, JJ.

PER CURIAM.

Affirmed. <u>Allstate Ins. Co. v. Orthopedic Specialists</u>, 212 So. 3d 973, 979 (Fla. 2017) ("Allstate's PIP policy provides legally sufficient notice of Allstate's election to use the permissive Medicare fee schedules identified in section 627.736(5)(a) 2. to limit reimbursements.").